JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAKODA MITCHELL BURNETT,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O' MALLEY, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendants. | Case No. 5:23-cv-1453-DTB<br><br>**JUDGMENT** |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

Dated: February 2, 2024

_____
DAVID T. BRISTOW
United States Magistrate Judge

1